# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD LARSEN, | ) Case No. ED CV 17-1325-PA (SP) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| COUNTY OF RIVERSIDE, et al., | ) |
| Defendants. | ) |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed with prejudice.

Dated: August 14, 2018

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE